IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Myrtle R. Cooper, | ) | C/A No.: 3:11-591-CMC-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| Midlands Technical College, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter comes before the court on the motion to consolidate [Entry #40] and motion for an extension of time [Entry #48] filed by pro se Plaintiff Myrtle R. Cooper. All pretrial proceedings in this case were referred to the undersigned pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02(B)(2)(e) (D.S.C.). For the reasons that follow, Plaintiff's motion to consolidate is denied and her motion for an extension is granted.

Plaintiff seeks to consolidate the above-captioned action with *Cooper v. Midlands Technical College Commission, et al.*, C/A No.: 3:12-140-CMC-SVH ("*Cooper II*"). *Cooper II* was filed ten months after the instant case and has not yet been served on the defendants in that case. In light of the early procedural posture of *Cooper II*, particularly the lack of service having yet been effected in that matter, Plaintiff's motion to consolidate [Entry #40] is denied without prejudice as premature at this time.

Plaintiff also moves for an extension of time to file a response to Defendant's motion for summary judgment. The court grants Plaintiff's motion [Entry #48] and

extends her deadline for responding to Defendant's motion for summary judgment to

April 23, 2012.

      IT IS SO ORDERED.

March 28, 2012                Shiva V. Hodges
Columbia, South Carolina      United States Magistrate Judge